# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No.: _____

Robert D. Richardson,

    Plaintiff,

v.

Specialized Loan Servicing, LLC and Experian
Information Solutions, Inc.,

    Defendants.

## COMPLAINT

For this Complaint, Plaintiff, Robert D. Richardson, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendants' repeated violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Robert D. Richardson ("Plaintiff"), is an adult individual residing in Winston Salem, North Carolina, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4. Defendant Specialized Loan Servicing, LLC ("Specialized"), is a Colorado

business entity with an address of 8742 Lucent Boulevard, Suite 300, Highlands Ranch, Colorado 80129. Specialized is a debt collector who furnishes consumer information to the credit reporting agencies ("CRAs").

5. Defendant, Experian Information Solutions, Inc. ("Experian", and together with Specialized, "Defendants"), is a California business entity with an address of 505 City Parkway West, Orange, California 92868, operating as a consumer reporting agency as the term is defined by 15 U.S.C. § 1681(a)(f) of the FCRA. Experian is regularly engaged in the business of assembling, evaluating, and dispersing information concerning consumers for the purpose of furnishing consumer reports, as defined by 15 U.S.C. § 1681(a)(d), to third parties.

## FACTUAL ALLEGATIONS

6. In 2017, Plaintiff noticed that Specialized was inaccurately reporting an account on his Experian credit report.

7. Specifically, Specialized was reporting his account as late, although Plaintiff had been making timely payments.

8. Plaintiff disputed the account with Experian.

9. Nevertheless, Defendants continue to report the account on Plaintiff's credit report as "Account was in dispute-now resolved reported by subscriber". The statement is false, as Plaintiff still disputes the reporting of the account.

10. Upon Plaintiff's notification that the account was disputed and request that it be removed, and in accordance with their standard procedures, Plaintiff believes and thereon alleges that Experian did not evaluate or consider any of Plaintiff's information, claims or evidence, and did not make any attempt to substantially or reasonable verify Specialized's representations regarding the account.

11. In the alternative, in the event that Experian did forward notice of the dispute to Specialized, Specialized failed to conduct an adequate investigation into Plaintiff's dispute and failed to properly update Plaintiff's credit report.

## COUNT I
## VIOLATIONS OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C. § 1681, *et seq*.

12. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

13. In the entire course of their actions, Defendants willfully and/or negligently violated multiple provisions of the FCRA in one or more of the following respects:

   a. Experian violated 15 U.S.C. § 1681e(b) by failing to implement and/or follow "reasonable procedures to assure maximum possible accuracy" of the information they publish in consumer credit reports;

   b. Experian violated 15 U.S.C. § 1681i by failing to delete or correct inaccurate information in Plaintiff's credit file after having received actual notice of such inaccuracies; by failing to conduct lawful reinvestigation; by failing to forward all relevant information to Specialized; by failing to maintain reasonable procedures with which to filter and verify disputed information in Plaintiff's credit file; and by relying upon verification from a source it has reason to know is unreliable; and

   c. Specialized violated 15 U.S.C. § 1681s-2(b) by willfully and/or negligently failing to conduct an investigation with respect to the disputed information; by failing to review all relevant information provided by the consumer reporting agencies pursuant to section 1681i; and by failing to modify, delete or permanently block the disputed information.

14. Defendants' conduct, action and inaction was willful, rendering them liable for

punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, Defendants' conduct was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

15. As a result of Defendants' conduct, action, and inaction, Plaintiff incurred actual damages in the form of loss of the ability to purchase and benefit from credit.

16. Plaintiff is entitled to recover costs and attorney's fees from Defendants in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

1. Statutory damages pursuant to 15 U.S.C. § 1681;
2. Attorney's fees and costs pursuant to 15 U.S.C. § 1681;
3. Actual damages pursuant to 15 U.S.C. § 1681;
4. Punitive damages pursuant to 15 U.S.C. § 1681; and
5. Such other and further relief as may be just and proper.

## TRIAL BY JURY DEMANDED ON ALL COUNTS

Dated: September 25, 2018

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.co
*Attorneys for Plaintiff*

Plaintiff:

Robert D. Richardson
3980 Walnut Hills Drive
Winston Salem, NC 27106

Case 1:18-cv-02443-LTB-SKC   Document 1   Filed 09/25/18   USDC Colorado   Page 5 of 5